UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

In re:                               §
                                     §
PHILLIPS HEATING & COOLING, INC.     §    Case No. 09-48811
                                     §
         Debtor(s)                   §

NOTICE OF TRUSTEE'S FINAL REPORT AND
APPLICATIONS FOR COMPENSATION
AND DEADLINE TO OBJECT (NFR)

Pursuant to Fed. R. Bankr. P. 2002(a)(6) and 2002(f)(8), please take notice that Roy Safanda, trustee of the above styled estate, has filed a Final Report and the trustee and the trustee's professionals have filed final fee applications, which are summarized in the attached Summary of Trustee's Final Report and Applications for Compensation.

The complete Final Report and all applications for compensation are available for inspection at the Office of the Clerk, at the following address:
US Courthouse
Bankruptcy Clerk
Assignment Desk, Rm 710
219 S. Dearborn St.
Chicago, IL 60604

Any person wishing to object to any fee application that has not already been approved or to the Final Report, must file a written objection within 20 days from the mailing of this notice, serve a copy of the objections upon the trustee, any party whose application is being challenged and the United States Trustee. A hearing on the fee applications and any objection to the Final Report will be held at 10:00 AM on 09/01/2011 in Courtroom 250,
US Courthouse
100 S. 3rd St.
Geneva, IL 60134

If no objections are filed, upon entry of an order on the fee applications, the trustee may pay dividends pursuant to FRBP 3009 without further order of the Court.

Date Mailed: 07/20/2011              By: _____

*Roy Safanda*
*111 East Side Drive*
*Geneva, IL 60134*

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| In re: | § | |
| | § | |
| PHILLIPS HEATING & COOLING, INC. | § | Case No. 09-48811 |
| | § | |
| Debtor(s) | § | |

SUMMARY OF TRUSTEE'S FINAL REPORT
AND APPLICATIONS FOR COMPENSATION

| | | |
|---|---|---|
| The Final Report shows receipts of | $ | 25,547.14 |
| and approved disbursements of | $ | 11,485.00 |
| leaving a balance on hand of[1] | $ | 14,062.14 |

Claims of secured creditors will be paid as follows:

NONE

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payment to Date | Proposed Payment |
|---|---|---|---|
| Trustee Fees: Roy Safanda | $ 3,304.71 | $ 0.00 | $ 3,304.71 |
| Trustee Expenses: Roy Safanda | $ 97.50 | $ 0.00 | $ 97.50 |
| Attorney for Trustee Fees: Roy Safanda | $ 1,575.00 | $ 0.00 | $ 1,575.00 |
| Total to be paid for chapter 7 administrative expenses | | $ | 4,977.21 |
| Remaining Balance | | $ | 9,084.93 |

Applications for prior chapter fees and administrative expenses have been filed as follows:

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. §326(a) on account of the disbursement of the additional interest.

UST Form 101-7-NFR (10/1/2010) *(Page: 2)*

NONE

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $ 13,225.56 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---|---|---|
| 000001B | SASMI Trust Fund | $ 1,200.48 | $ 0.00 | $ 824.64 |
| 000002B | Sheet Metal Workers National Pension Fund | $ 446.38 | $ 0.00 | $ 306.63 |
| 000008B | Sheet Metal Workers' Local 265 Welfare Fund | $ 4,540.13 | $ 0.00 | $ 3,118.72 |
| 000009B | Sheet Metal Workers' Local 265 Educational Fund | $ 431.34 | $ 0.00 | $ 296.29 |
| 000010B | Sheet Metal Workers' Local 265 Industry Fund | $ 435.75 | $ 0.00 | $ 299.33 |
| 000011B | Sheet Metal Workers' Local 265 Savings Fund | $ 525.35 | $ 0.00 | $ 360.87 |
| 000012B | Sheet Metal Workers' Local 265 Pension Fund | $ 2,853.48 | $ 0.00 | $ 1,960.12 |
| 000013B | Sheet Metal Workers' Local 265 Supplemental | $ 2,765.00 | $ 0.00 | $ 1,899.34 |
| 000014B | Sheet Metal Workers' Union Local 265 | $ 27.65 | $ 0.00 | $ 18.99 |

Total to be paid to priority creditors   $ 9,084.93

Remaining Balance   $ 0.00

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

NONE

Tardily filed claims of general (unsecured) creditors totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Tardily filed general (unsecured) claims are as follows:

NONE

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent, plus interest (if applicable).

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

NONE

Prepared By: /s/ Roy Safanda
Trustee

*Roy Safanda*
*111 East Side Drive*
*Geneva, IL 60134*

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

```
                             United States Bankruptcy Court
                              Northern District of Illinois
In re:                                                              Case No. 09-48811-MB
Phillips Heating & Cooling, Inc.                                    Chapter 7
          Debtor           CERTIFICATE OF NOTICE
District/off: 0752-1          User: vrowe                  Page 1 of 2                  Date Rcvd: Jul 21, 2011
                              Form ID: pdf006              Total Noticed: 36


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jul 23, 2011.
db           +Phillips Heating & Cooling, Inc.,    725 Schneider Drive #1,    South Elgin, IL 60177-2644
aty          +Carl F Safanda,    Safanda Law Firm,   111 East Side Drive,    Geneva, IL 60134-2402
aty          +Deborah K Ebner,    Law Office of Deborah Kanner Ebner,   11 E Adams St Ste 904,
               Chicago, IL 60603-6306
aty          +Roy Safanda, Esq,    Safanda Law Firm,   111 East Side Drive,    Geneva, IL 60134-2402
14893513     +AT&T,   PO Box 8100,    Aurora, IL 60507-8100
14893511      American Marketing & Publishing,    POB,   Dekalb, IL 60115
14893512     +Answer Service Plus,    4314 W Crystal Lake Rd,   Mchenry, IL 60050-4211
14893515     +Blackhawk Industrial,    633 Enterprise Ave,   #1,   DeKalb, IL 60115-7913
14893518     +Edward Hagendorn,    202 Jake Lane,   Hampshire, IL 60140-8363
14893521     +Fifth Third Bank,    POB 740789,   Cincinnati, OH 45274-0789
15357316     +Fifth Third Bank,    1830 E Paris Ave,   Grand Rapids, MI 49546-8803
14893524     +Groot Industries,    POB 309,   Elk Grove Village, IL 60009-0309
15429830     +Illinois Bell Telephone Co,    AT&T Attorney: James Grudus, Esq.,    AT&T Inc.,
               One AT&T Way, Room 3A218,    Bedminster, NJ 07921-2694
14893525     +Manifest Funding Services,    PO Box 790448,   Saint Louis, MO 63179-0448
14893528     +Michael Phillips,    228 North Aldine,   Elgin, IL 60123-3310
14893527     +Michael Phillips,    228 North Aldine Ave,   Elgin, IL 60123-3310
14893530     +Mid-Way Supply, Inc,    2502 Deborah Ave.,   Zion, IL 60099-2794
14893532     +Results One Financial, LLC,    & Results One Certified Public,
               c/o Douglas M Shepley DMS CPA’s Ltd,    970 N Oaklawn,   Elmhurst, IL 60126-1059
15050139     +SASMI Trust Fund,    C/O Dawn M. Costa Esquire,    Jennings Sigmond P.C.,
               510 Walnut Street, 16th Floor,    Philadelphia, PA 19106-3619
15057650     +SASMI and Sheet Metal Workers,    NPF,   510 Walnut St,   Philadelphia, PA 19106-3619
15050202     +Sheet Metal Workers National Pension Fund,    C/O Dawn M. Costa, Esquire,    Jennings Sigmond P.C.,
               510 Walnut Street, 16th Floor,    Philadelphia, Pa 19106-3619
15641200     +Sheet Metal Workers’ Local 265 Educational Fund,    Beverly P Alfon, Baum Sigman Auerbach,
               & Neuman Ltd,    200 W Adams St, Ste 2200,   Chicago, IL 60606-5231
15641212     +Sheet Metal Workers’ Local 265 Industry Fund,    Beverly P Alfon, Baum Sigman Auerbach,
               & Neuman Ltd,    200 W Adams St, Ste 2200,   Chicago, IL 60606-5231
15641323     +Sheet Metal Workers’ Local 265 Pension Fund,    Beverly P Alfon, Baum Sigman Auerbach,
               & Neuman Ltd,    200 W Adams St, Ste 2200,   Chicago, IL 60606-5231
15641269     +Sheet Metal Workers’ Local 265 Savings Fund,    Beverly P Alfon, Baum Sigman Auerbach,
               & Neuman Ltd,    200 W Adams St, Ste 2200,   Chicago, IL 60606-5231
15641383     +Sheet Metal Workers’ Local 265 Supplemental,    Retirement Plan Beverly P Alfon,,
               Baum Sigman Auerbach & Neuman Ltd,    200 W Adams St, Ste 2200,    Chicago, IL 60606-5231
15641030     +Sheet Metal Workers’ Local 265 Welfare Fund,    Beverly P Alfon, Baum Sigman Auerbach,
               & Neuman Ltd,    200 W Adams St, Ste 2200,   Chicago, IL 60606-5231
15641384     +Sheet Metal Workers’ Union Local 265,    Beverly P Alfon, Baum Sigman Auerbach,   & Neuman Ltd,
               200 W Adams St, Ste 2200,    Chicago, IL 60606-5231
14893533     +Sheetmetal Worker Local Union #265,    POB 519,   West Chicago, IL 60186-0519
14893534     +Sheetmetal Workers National Funds,    POB 79321,   Baltimore, MD 21279-0321
15395089     +US Bancorp Manifest Funding Services,    Attn: Bankruptcy Department,    1450 Channel Parkway,
               Marshall MN 56258-4005
14893535     +US Bank,   Manifest Funding Services,    POB 790448,   Saint Louis, MO 63179-0448
14893536     +Village of South Elgin,    10 N Water Street,   South Elgin, IL 60177-1695

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
tr           +E-mail/Text: plegal@xnet.com Jul 21 2011 19:11:52     Roy Safanda,    Safanda Law Firm,
               111 East Side Drive,    Geneva, IL 60134-2402
14893516      E-mail/Text: legalcollections@comed.com Jul 21 2011 19:10:22     ComEd,    POB 6111,
               Carol Stream, IL 60197-6111
14893531      E-mail/Text: bankrup@nicor.com Jul 21 2011 19:09:26     Nicor,    POB 0632,
               Aurora, IL 60507-0632
                                                                                              TOTAL: 3

             ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
14893517       Edward Hagendorn
14893526       Michael Phillips
aty*          +Roy Safanda,   Safanda Law Firm,    111 East Side Drive,    Geneva, IL 60134-2402
14893514*     +AT&T,   PO Box 8100,   Aurora, IL 60507-8100
14893519*     +Edward Hagendorn,    202 Jake Lane,   Hampshire, IL 60140-8363
14893520*     +Edward Hagendorn,    202 Jake Lane,   Hampshire, IL 60140-8363
14893522*     +Fifth Third Bank,    POB 740789,   Cincinnati, OH 45274-0789
14893523*     +Fifth Third Bank,    POB 740789,   Cincinnati, OH 45274-0789
14893529*     +Michael Phillips,    228 North Aldine,   Elgin, IL 60123-3310
                                                                                    TOTALS: 2, * 7, ## 0

Addresses marked ‘+’ were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.
```

```
District/off: 0752-1          User: vrowe              Page 2 of 2              Date Rcvd: Jul 21, 2011
                              Form ID: pdf006          Total Noticed: 36

              ***** BYPASSED RECIPIENTS (continued) *****
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Jul 23, 2011**                     **Signature:**    _/s/ Joseph Speetjens_