# UNITED STATES BANKRUPTCY COURT
## DISTRICT OF
## DIVISION

| | | |
|---|---|---|
| In re: | § | |
| | § | |
| PHILLIPS HEATING & COOLING, INC. | § | Case No. 09-48811 |
| | § | |
| Debtor(s) | § | |

## AMENDED TRUSTEE'S FINAL REPORT (TFR)

The undersigned trustee hereby makes this Final Report and states as follows:

1.  A petition under chapter    of the United States Bankruptcy Code was filed on
    .   The undersigned trustee was appointed on              .

2.  The trustee faithfully and properly fulfilled the duties enumerated in 11 U.S.C. §704.

3.  All scheduled and known assets of the estate have been reduced to cash, released to the debtor as exempt property pursuant to 11 U.S.C. § 522, or have been or will be abandoned pursuant to 11 U.S.C. § 554. An individual estate property record and report showing the disposition of all property of the estate is attached as **Exhibit A**.

4.  The trustee realized gross receipts of                    $

    Funds were disbursed in the following amounts:

    Payments made under an interim
    disbursement
    Administrative expenses
    Other payments to creditors
    Non-estate funds paid to 3rd Parties
    Exemptions paid to the debtor
    Other payments to the debtor

    Leaving a balance on hand of[1]           $

The remaining funds are available for distribution.

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. §326(a) on account of the disbursement of the additional interest.

5.  Attached as **Exhibit B** is a cash receipts and disbursements record for each estate bank account.

6.  The deadline for filing non-governmental claims in this case was                and the deadline for filing governmental claims was              . All claims of each class which will receive a distribution have been examined and any objections to the allowance of claims have been resolved.  If applicable, a claims analysis, explaining why payment on any claim is not being made, is attached as **Exhibit C**.

7.  The Trustee's proposed distribution is attached as **Exhibit D**.

8.  Pursuant to 11 U.S.C. § 326(a), the maximum compensation allowable to the trustee is $              .  To the extent that additional interest is earned before case closing, the maximum compensation may increase.

The trustee has received $        as interim compensation and now requests a sum of $            , for a total compensation of $          [2].  In addition, the trustee received reimbursement for reasonable and necessary expenses in the amount of $        , and now requests reimbursement for expenses of $          , for total expenses of $          [2].

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Date:_____ By:/s/Roy Safanda _____
Trustee

**STATEMENT**: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

---

[2] If the estate is administratively insolvent, the dollar amounts reflected in this paragraph may be higher than the amounts listed in the Trustee's Proposed Distribution (Exhibit D).

UST Form 101-7-TFR (10/1/2010) *(Page: 2)*

**FORM 1**

**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**

**ASSET CASES**

Page:   1

Exhibit A

| Case No: | 09-48811 | MB | Judge: Manuel Barbosa |
|----------|----------|-----|----------------------|
| Case Name: | PHILLIPS HEATING & COOLING, INC. | | |

For Period Ending:  08/19/11

| Trustee Name: | Roy Safanda |
|---------------|-------------|
| Date Filed (f) or Converted (c): | 12/28/09 (f) |
| 341(a) Meeting Date: | 01/21/10 |
| Claims Bar Date: | 05/28/10 |

| | 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|---|
| | Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA=554(a) Abandon DA=554(c) Abandon | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1. Bank Funds | 3,013.89 | 0.00 | DA | 0.00 | FA |
| 2. A/R | 2,997.83 | 0.00 | DA | 0.00 | FA |
| 3. Withdrawal | 6,000.00 | 0.00 | DA | 0.00 | FA |
| 4. Autos | 22,775.00 | 0.00 | | 12,500.00 | FA |
| 5. Customer List | Unknown | 1,000.00 | | 1,000.00 | FA |
| 6. Office Furn. | Unknown | 1,000.00 | | 1,000.00 | FA |
| 7. Inventory | 12,000.00 | 11,000.00 | | 11,000.00 | FA |
| 8. Interest (u) | Unknown | N/A | | 47.14 | Unknown |

| | | | | | Gross Value of Remaining Assets |
|---|---|---|---|---|---|
| TOTALS (Excluding Unknown Values) | $46,786.72 | $13,000.00 | | $25,547.14 | $0.00 |
| | | | | | (Total Dollar Amount in Column 6) |

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

Waiting for IRS response to prompt determination request

Initial Projected Date of Final Report (TFR): 06/01/11        Current Projected Date of Final Report (TFR): 06/01/11

Page: 1

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit B

| | |
|---|---|
| Case No: | 09-48811 -MB |
| Case Name: | PHILLIPS HEATING & COOLING, INC. |
| | |
| Taxpayer ID No: | *******4755 |
| For Period Ending: | 08/19/11 |

| | |
|---|---|
| Trustee Name: | Roy Safanda |
| Bank Name: | Old Second National Bank |
| Account Number / CD #: | *******9279 Checking Account |
| Old Account #'s: | 1: *******9279    2: |
| Blanket Bond (per case limit): | $ 5,000,000.00 |
| Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | 0.00 |
| 03/29/10 | 5 | P. Nelson | Sale of Customer list | 1129-000 | 1,000.00 | | 1,000.00 |
| 05/10/10 | 4 | P. Nelson | Sale of Assets | 1129-000 | 12,500.00 | | 13,500.00 |
| 07/09/10 | | Old 2nd NB | Transf. to MM | 9999-000 | | 12,000.00 | 1,500.00 |
| 07/20/10 | 001001 | B&R Acct. | Final 1040 | 3410-000 | | 485.00 | 1,015.00 |
| 04/13/11 | | Transfer from Acct #*******9287 | Bank Funds Transfer | 9999-000 | 24,041.72 | | 25,056.72 |
| 04/13/11 | 001002 | The Estate of Phillips Heating & Cooling | Transf. funds to Cap One | 9999-000 | | 25,056.72 | 0.00 |

| | | | |
|---|---|---|---|
| COLUMN TOTALS | | 37,541.72 | 37,541.72 | 0.00 |
| Less: Bank Transfers/CD's | | 24,041.72 | 37,056.72 | |
| Subtotal | | 13,500.00 | 485.00 | |
| Less: Payments to Debtors | | | 0.00 | |
| Net | | 13,500.00 | 485.00 | |

Page Subtotals    37,541.72    37,541.72

FORM 2   Page: 2

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit B

| Case No: | 09-48811  -MB | Trustee Name: | Roy Safanda |
|---|---|---|---|
| Case Name: | PHILLIPS HEATING & COOLING, INC. | Bank Name: | Old Second National Bank |
| | | Account Number / CD #: | *******9287  Money Market Account |
| | | Old Account #'s: | 1: *******9287   2: |
| Taxpayer ID No: | *******4755 | Blanket Bond (per case limit): | $  5,000,000.00 |
| For Period Ending: | 08/19/11 | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | 0.00 |
| 03/29/10 | 6 | P. Nelson | Sale of Ofc. Furn. | 1129-000 | 1,000.00 | | 1,000.00 |
| 03/29/10 | 7 | P. Nelson | Sale of Inventory | 1129-000 | 11,000.00 | | 12,000.00 |
| 03/31/10 | 8 | Old Second National Bank | INTEREST | 1270-000 | 0.19 | | 12,000.19 |
| 04/30/10 | 8 | Old Second National Bank | INTEREST | 1270-000 | 2.11 | | 12,002.30 |
| 05/31/10 | 8 | Old Second National Bank | INTEREST | 1270-000 | 1.90 | | 12,004.20 |
| 06/30/10 | 8 | Old Second National Bank | INTEREST | 1270-000 | 1.98 | | 12,006.18 |
| 07/09/10 | | Old 2nd NB | Transf. from Checking | 9999-000 | 12,000.00 | | 24,006.18 |
| 07/31/10 | 8 | Old Second National Bank | INTEREST | 1270-000 | 3.68 | | 24,009.86 |
| 08/31/10 | 8 | Old Second National Bank | INTEREST | 1270-000 | 3.95 | | 24,013.81 |
| 09/30/10 | 8 | Old Second National Bank | INTEREST | 1270-000 | 3.94 | | 24,017.75 |
| 10/31/10 | 8 | Old Second National Bank | INTEREST | 1270-000 | 4.08 | | 24,021.83 |
| 11/30/10 | 8 | Old Second National Bank | INTEREST | 1270-000 | 3.95 | | 24,025.78 |
| 12/31/10 | 8 | Old Second National Bank | INTEREST | 1270-000 | 4.08 | | 24,029.86 |
| 01/31/11 | 8 | Old Second National Bank | INTEREST | 1270-000 | 4.09 | | 24,033.95 |
| 02/28/11 | 8 | Old Second National Bank | INTEREST | 1270-000 | 3.68 | | 24,037.63 |
| 03/31/11 | 8 | Old Second National Bank | INTEREST | 1270-000 | 4.09 | | 24,041.72 |
| 04/13/11 | | Transfer to Acct #*******9279 | Bank Funds Transfer | 9999-000 | | 24,041.72 | 0.00 |

| | | | | |
|---|---|---|---|---|
| COLUMN TOTALS | | 24,041.72 | 24,041.72 | 0.00 |
| Less:  Bank Transfers/CD's | | 12,000.00 | 24,041.72 | |
| Subtotal | | 12,041.72 | 0.00 | |
| Less:  Payments to Debtors | | | 0.00 | |
| Net | | 12,041.72 | 0.00 | |

Page Subtotals        24,041.72        24,041.72

Page:   3

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit B

| Case No: | 09-48811  -MB | | Trustee Name: | Roy Safanda |
|---|---|---|---|---|
| Case Name: | PHILLIPS HEATING & COOLING, INC. | | Bank Name: | Capital One |
| | | | Account Number / CD #: | *******7242  Money Market Account |
| Taxpayer ID No: | *******4755 | | | |
| For Period Ending: | 08/19/11 | | Blanket Bond (per case limit): | $  5,000,000.00 |
| | | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | 0.00 |
| | 8 | Capital One | INTEREST REC'D FROM BANK | 1270-000 | 1.21 | | 1.21 |
| 04/13/11 | | The Estate of Phillips Heating & Cooling | Transf. funds to Cap One | 9999-000 | 25,056.72 | | 25,057.93 |
| 05/31/11 | 8 | Capital One | Interest Rate  0.000 | 1270-000 | 2.82 | | 25,060.75 |
| 06/03/11 | 000101 | Fifth Third Bank | Payment on a secured claim | 4210-000 | | 11,000.00 | 14,060.75 |
| 06/30/11 | 8 | Capital One | INTEREST REC'D FROM BANK | 1270-000 | 1.21 | | 14,061.96 |
| 07/07/11 | 8 | Capital One | INTEREST REC'D FROM BANK | 1270-000 | 0.18 | | 14,062.14 |
| 07/07/11 | | Transfer to Acct #*******7250 | Bank Funds Transfer | 9999-000 | | 14,060.93 | 1.21 |

|  | COLUMN TOTALS | 25,062.14 | 25,060.93 | 1.21 |
|---|---|---|---|---|
| | Less:  Bank Transfers/CD's | 25,056.72 | 14,060.93 | |
| | Subtotal | 5.42 | 11,000.00 | |
| | Less:  Payments to Debtors | | 0.00 | |
| | Net | 5.42 | 11,000.00 | |

Page Subtotals          25,062.14          25,060.93

Ver: 16.02b

Page: 4

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit B

| | |
|---|---|
| Case No: | 09-48811 -MB |
| Case Name: | PHILLIPS HEATING & COOLING, INC. |
| | |
| Taxpayer ID No: | *******4755 |
| For Period Ending: | 08/19/11 |

| | |
|---|---|
| Trustee Name: | Roy Safanda |
| Bank Name: | Capital One |
| Account Number / CD #: | *******7250  Checking Account |
| | |
| Blanket Bond (per case limit): | $ 5,000,000.00 |
| Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | 0.00 |
| 07/07/11 | | Transfer from Acct #*******7242 | Bank Funds Transfer | 9999-000 | 14,060.93 | | 14,060.93 |

| | | | | |
|---|---|---|---|---|
| | COLUMN TOTALS | 14,060.93 | 0.00 | 14,060.93 |
| | Less: Bank Transfers/CD's | 14,060.93 | 0.00 | |
| | Subtotal | 0.00 | 0.00 | |
| | Less: Payments to Debtors | | 0.00 | |
| | Net | 0.00 | 0.00 | |

| | NET DEPOSITS | NET DISBURSEMENTS | ACCOUNT BALANCE |
|---|---|---|---|
| TOTAL - ALL ACCOUNTS | | | |
| Checking Account - *******9279 | 13,500.00 | 485.00 | 0.00 |
| Money Market Account - *******9287 | 12,041.72 | 0.00 | 0.00 |
| Money Market Account - *******7242 | 5.42 | 11,000.00 | 1.21 |
| Checking Account - *******7250 | 0.00 | 0.00 | 14,060.93 |
| | ----------------------- | ----------------------- | ----------------------- |
| | 25,547.14 | 11,485.00 | 14,062.14 |
| | ============ | ============ | ============ |
| | (Excludes Account Transfers) | (Excludes Payments To Debtors) | Total Funds On Hand |

Page Subtotals          14,060.93          0.00

LFORM24

Ver: 16.02b

## EXHIBIT C
### ANALYSIS OF CLAIMS REGISTER

| Case Number: | 09-48811 | Page 1 | | Date: August 19, 2011 |
|---|---|---|---|---|
| Debtor Name: | PHILLIPS HEATING & COOLING, INC. | Claim Class Sequence | | |

| Code # | Creditor Name & Address | Claim Class | Notes | Amount Allowed | Paid to Date | Claim Balance |
|---|---|---|---|---|---|---|
| 001 3110-00 | Roy Safanda | Administrative | | $1,575.00 | $0.00 | $1,575.00 |
| 000001B 040 5200-00 | SASMI Trust Fund C/O Dawn M. Costa Esquire Jennings Sigmond P.C. 510 Walnut Street, 16th Floor Philadelphia, PA 19106 | Priority | | $1,200.48 | $0.00 | $1,200.48 |
| 000002B 040 5200-00 | Sheet Metal Workers National Pension Fund C/O Dawn M. Costa, Esquire Jennings Sigmond P.C. 510 Walnut Street, 16th Floor Philadelphia, Pa 19106 | Priority | | $446.38 | $0.00 | $446.38 |
| 000008A 040 5200-00 | Sheet Metal Workers' Local 265 Welfare Fund Beverly P Alfon, Baum Sigman Auerbach & Neuman Ltd 200 W Adams St, Ste 2200 Chicago, IL 60606 | Priority | | $0.00 | $0.00 | $0.00 |
| 000008B 040 5200-00 | Sheet Metal Workers' Local 265 Welfare Fund Beverly P Alfon, Baum Sigman Auerbach & Neuman Ltd 200 W Adams St, Ste 2200 Chicago, IL 60606 | Priority | | $0.00 | $0.00 | $0.00 |
| 000009A 040 5200-00 | Sheet Metal Workers' Local 265 Educational Fund Beverly P Alfon, Baum Sigman Auerbach & Neuman Ltd 200 W Adams St, Ste 2200 Chicago, IL 60606 | Priority | | $0.00 | $0.00 | $0.00 |
| 000009B 040 5200-00 | Sheet Metal Workers' Local 265 Educational Fund Beverly P Alfon, Baum Sigman Auerbach & Neuman Ltd 200 W Adams St, Ste 2200 Chicago, IL 60606 | Priority | | $0.00 | $0.00 | $0.00 |
| 000010A 040 5200-00 | Sheet Metal Workers' Local 265 Industry Fund Beverly P Alfon, Baum Sigman Auerbach & Neuman Ltd 200 W Adams St, Ste 2200 Chicago, IL 60606 | Priority | | $0.00 | $0.00 | $0.00 |

EXHIBIT C
ANALYSIS OF CLAIMS REGISTER

| Case Number: | 09-48811 | | Page 2 | | Date: August 19, 2011 |
|---|---|---|---|---|---|
| Debtor Name: | PHILLIPS HEATING & COOLING, INC. | | Claim Class Sequence | | |

| Code # | Creditor Name & Address | Claim Class | Notes | Amount Allowed | Paid to Date | Claim Balance |
|---|---|---|---|---|---|---|
| 000010B 040 5200-00 | Sheet Metal Workers' Local 265 Industry Fund Beverly P Alfon, Baum Sigman Auerbach & Neuman Ltd 200 W Adams St, Ste 2200 Chicago, IL 60606 | Priority | | $0.00 | $0.00 | $0.00 |
| 000011A 040 5200-00 | Sheet Metal Workers' Local 265 Savings Fund Beverly P Alfon, Baum Sigman Auerbach & Neuman Ltd 200 W Adams St, Ste 2200 Chicago, IL 60606 | Priority | | $0.00 | $0.00 | $0.00 |
| 000011B 040 5200-00 | Sheet Metal Workers' Local 265 Savings Fund Beverly P Alfon, Baum Sigman Auerbach & Neuman Ltd 200 W Adams St, Ste 2200 Chicago, IL 60606 | Priority | | $0.00 | $0.00 | $0.00 |
| 000012A 040 5200-00 | Sheet Metal Workers' Local 265 Pension Fund Beverly P Alfon, Baum Sigman Auerbach & Neuman Ltd 200 W Adams St, Ste 2200 Chicago, IL 60606 | Priority | | $0.00 | $0.00 | $0.00 |
| 000012B 040 5200-00 | Sheet Metal Workers' Local 265 Pension Fund Beverly P Alfon, Baum Sigman Auerbach & Neuman Ltd 200 W Adams St, Ste 2200 Chicago, IL 60606 | Priority | | $0.00 | $0.00 | $0.00 |
| 000013A 040 5200-00 | Sheet Metal Workers' Local 265 Supplemental Retirement Plan Beverly P Alfon, Baum Sigman Auerbach & Neuman Ltd 200 W Adams St, Ste 2200 Chicago, IL 60606 | Priority | | $0.00 | $0.00 | $0.00 |
| 000013B 040 5200-00 | Sheet Metal Workers' Local 265 Supplemental Retirement Plan Beverly P Alfon, Baum Sigman Auerbach & Neuman Ltd 200 W Adams St, Ste 2200 Chicago, IL 60606 | Priority | | $0.00 | $0.00 | $0.00 |
| 000014A 040 5200-00 | Sheet Metal Workers' Union Local 265 Beverly P Alfon, Baum Sigman Auerbach | Priority | | $0.00 | $0.00 | $0.00 |

EXHIBIT C
ANALYSIS OF CLAIMS REGISTER

| Case Number: | 09-48811 | | Page 3 | | | | Date: August 19, 2011 |
|---|---|---|---|---|---|---|---|
| Debtor Name: | PHILLIPS HEATING & COOLING, INC. | | Claim Class Sequence | | | | |

| Code # | Creditor Name & Address | Claim Class | Notes | Amount Allowed | Paid to Date | Claim Balance |
|---|---|---|---|---|---|---|
| | & Neuman Ltd<br>200 W Adams St, Ste 2200<br>Chicago, IL 60606 | | | | | |
| 000014B<br>040<br>5200-00 | Sheet Metal Workers' Union Local 265<br>Beverly P Alfon, Baum Sigman<br>Auerbach<br>& Neuman Ltd<br>200 W Adams St, Ste 2200<br>Chicago, IL 60606 | Priority | | $0.00 | $0.00 | $0.00 |
| 000001A<br>070<br>7100-00 | SASMI Trust Fund<br>C/O Dawn M. Costa Esquire<br>Jennings Sigmond P.C.<br>510 Walnut Street, 16th Floor<br>Philadelphia, PA 19106 | Unsecured | | $1,348.90 | $0.00 | $1,348.90 |
| 000002A<br>070<br>7100-00 | Sheet Metal Workers National Pension<br>Fund<br>C/O Dawn M. Costa, Esquire<br>Jennings Sigmond P.C.<br>510 Walnut Street, 16th Floor<br>Philadelphia, Pa 19106 | Unsecured | | $484.09 | $0.00 | $484.09 |
| 000003<br>070<br>7100-00 | Mid-Way Supply, Inc<br>2502 Deborah Ave.<br>Zion, IL 60099 | Unsecured | | $86,170.62 | $0.00 | $86,170.62 |
| 000004A<br>070<br>7100-00 | Fifth Third Bank<br>1830 E Paris Ave<br>Grand Rapids, MI 49546 | Unsecured | | $70,169.44 | $0.00 | $70,169.44 |
| 000004B<br>070<br>7100-00 | Fifth Third Bank<br>1830 E Paris Ave<br>Grand Rapids, MI 49546 | Unsecured | | $17,000.00 | $0.00 | $17,000.00 |
| 000005<br>070<br>7100-00 | US Bancorp Manifest Funding Services<br>Attn: Bankruptcy Department<br>1450 Channel Parkway<br>Marshall MN 56258 | Unsecured | | $2,348.24 | $0.00 | $2,348.24 |
| 000006<br>070<br>7100-00 | Illinois Bell Telephone Co<br>AT&T Attorney: James Grudus, Esq.<br>AT&T Inc.<br>One AT&T Way, Room 3A218<br>Bedminster, NJ 07921 | Unsecured | | $403.78 | $0.00 | $403.78 |
| 000007<br>070<br>7100-00 | Results One Financial, LLC<br>& Results One Certified Public<br>c/o Douglas M Shepley DMS CPA's Ltd<br>970 N Oaklawn<br>Elmhurst, IL 60126 | Unsecured | | $21,290.00 | $0.00 | $21,290.00 |

EXHIBIT C
ANALYSIS OF CLAIMS REGISTER

| | | | | | | |
|---|---|---|---|---|---|---|
| Case Number: | 09-48811 | | Page 4 | | | Date: August 19, 2011 |
| Debtor Name: | PHILLIPS HEATING & COOLING, INC. | | Claim Class Sequence | | | |

| Code # | Creditor Name & Address | Claim Class | Notes | Amount Allowed | Paid to Date | Claim Balance |
|---|---|---|---|---|---|---|
| | Case Totals: | | | $202,436.93 | $0.00 | $202,436.93 |

Code #: Trustee's Claim Number, Priority Code, Claim Type

## TRUSTEE'S PROPOSED DISTRIBUTION

Exhibit D

Case No.: 09-48811
Case Name: PHILLIPS HEATING & COOLING, INC.
Trustee Name: Roy Safanda

Balance on hand                                        $

Claims of secured creditors will be paid as follows:

NONE

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| Trustee Fees: Roy Safanda | $ | $ | $ |
| Trustee Expenses: Roy Safanda | $ | $ | $ |
| Attorney for Trustee Fees: Roy Safanda | $ | $ | $ |

Total to be paid for chapter 7 administrative expenses      $_____

Remaining Balance                                        $_____

Applications for prior chapter fees and administrative expenses have been filed as follows:

NONE

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $           must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 000001B | SASMI Trust Fund C/O Dawn M. Costa Esquire Jennings Sigmond P.C. 510 Walnut Street, 16th Floor Philadelphia, PA 19106 | $ | $ | $ |
| 000002B | Sheet Metal Workers National Pension Fund C/O Dawn M. Costa, Esquire Jennings Sigmond P.C. 510 Walnut Street, 16th Floor Philadelphia, Pa 19106 | $ | $ | $ |

Total to be paid to priority creditors     $_____

Remaining Balance     $_____

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $ _____ have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be _____ percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 000001A | SASMI Trust Fund C/O Dawn M. Costa Esquire Jennings Sigmond P.C. 510 Walnut Street, 16th Floor Philadelphia, PA 19106 | $ | $ | $ |

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 000002A | Sheet Metal Workers National Pension Fund C/O Dawn M. Costa, Esquire Jennings Sigmond P.C. 510 Walnut Street, 16th Floor Philadelphia, Pa 19106 | $ | $ | $ |
| 000003 | Mid-Way Supply, Inc 2502 Deborah Ave. Zion, IL 60099 | $ | $ | $ |
| 000004A | Fifth Third Bank 1830 E Paris Ave Grand Rapids, MI 49546 | $ | $ | $ |
| 000005 | US Bancorp Manifest Funding Services Attn: Bankruptcy Department 1450 Channel Parkway Marshall MN 56258 | $ | $ | $ |
| 000006 | Illinois Bell Telephone Co AT&T Attorney: James Grudus, Esq. AT&T Inc. One AT&T Way, Room 3A218 Bedminster, NJ 07921 | $ | $ | $ |
| 000007 | Results One Financial, LLC & Results One Certified Public c/o Douglas M Shepley DMS CPA's Ltd 970 N Oaklawn Elmhurst, IL 60126 | $ | $ | $ |

Total to be paid to timely general unsecured creditors     $_____

Remaining Balance     $_____

Tardily filed claims of general (unsecured) creditors totaling $        have been allowed and will be paid _pro rata_ only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be        percent.

Tardily filed general (unsecured) claims are as follows:

NONE

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $        have been allowed and will be paid _pro rata_ only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be        percent.

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

NONE