UNITED STATES BANKRUPTCY COURT
DISTRICT OF
DIVISION

In re:                                    §
                                          §
                                          §
PHILLIPS HEATING & COOLING, INC.   §          Case No. 09-48811
                                          §
                                          §
              Debtor(s)                   §

### CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED AND APPLICATION TO BE DISCHARGED (TDR)

Roy Safanda, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

| | |
|---|---|
| Assets Abandoned:<br>*(Without deducting any secured claims)* | Assets Exempt: |
| Total Distributions to Claimants: | Claims Discharged<br>Without Payment: |
| Total Expenses of Administration: | |

3) Total gross receipts of $_____ (see **Exhibit 1**), minus funds paid to the debtor and third parties of $_____ (see **Exhibit 2**), yielded net receipts of $_____ from the liquidation of the property of the estate, which was distributed as follows:

| | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $ | $ | $ | $ |
| PRIORITY CLAIMS: CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) | | | | |
| PRIOR CHAPTER ADMIN. FEES AND CHARGES (from **Exhibit 5**) | | | | |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) | | | | |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) | | | | |
| **TOTAL DISBURSEMENTS** | $ | $ | $ | $ |

4)  This case was originally filed under chapter   on              .  The case was pending for    months.

5)  All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**.  The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: _____   By:/s/Roy Safanda _____
                                                                Trustee

**STATEMENT**: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

EXHIBITS TO
FINAL ACCOUNT

## EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE[1] | $ AMOUNT RECEIVED |
|---|---|---|
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
| TOTAL GROSS RECEIPTS |  | $ |

[1]The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

## EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| NA |  |  |  |
| TOTAL FUNDS PAID TO DEBTOR & THIRD PARTIES |  |  | $ |

## EXHIBIT 3 – SECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Fifth Third Bank POB 740789 Cincinnati, OH 45274 | | | | | |
| | Fifth Third Bank POB 740789 Cincinnati, OH 45274 | | | | | |
| | Fifth Third Bank POB 740789 Cincinnati, OH 45274 | | | | | |
| | Mid-Way Supply, Inc 2502 Deborah Ave. Zion, IL 60099 | | | | | |
| | FIFTH THIRD BANK | | | | | |
| TOTAL SECURED CLAIMS | | | $ | $ | $ | $ |

## EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| ROY SAFANDA, TRUSTEE | | | | | |
| ROY SAFANDA | | | | | |
| B&R ACCT. | | | | | |
| TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES | | $ | $ | $ | $ |

## EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| NA | | | | | |
| TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES | | $ | $ | $ | $ |

## EXHIBIT 6 – PRIORITY UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 000001B | SASMI TRUST FUND | | | | | |
| 000002B | SHEET METAL WORKERS NATIONAL PENSIO | | | | | |
| 000009A | SHEET METAL WORKERS' LOCAL 265 EDU | | | | | |
| 000009B | SHEET METAL WORKERS' LOCAL 265 EDU | | | | | |
| 000010A | SHEET METAL WORKERS' LOCAL 265 IND | | | | | |
| 000010B | SHEET METAL WORKERS' LOCAL 265 IND | | | | | |
| 000012A | SHEET METAL WORKERS' LOCAL 265 PEN | | | | | |
| 000012B | SHEET METAL WORKERS' LOCAL 265 PEN | | | | | |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 000011A | SHEET METAL WORKERS' LOCAL 265 SAV | | | | | |
| 000011B | SHEET METAL WORKERS' LOCAL 265 SAV | | | | | |
| 000013A | SHEET METAL WORKERS' LOCAL 265 SUP | | | | | |
| 000013B | SHEET METAL WORKERS' LOCAL 265 SUP | | | | | |
| 000008A | SHEET METAL WORKERS' LOCAL 265 WEL | | | | | |
| 000008B | SHEET METAL WORKERS' LOCAL 265 WEL | | | | | |
| 000014A | SHEET METAL WORKERS' UNION LOCAL 2 | | | | | |
| 000014B | SHEET METAL WORKERS' UNION LOCAL 2 | | | | | |
| TOTAL PRIORITY UNSECURED CLAIMS | | | $ | $ | $ | $ |

## EXHIBIT 7 – GENERAL UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | AT&T PO Box 8100 Aurora, IL 60507 | | | | | |
| | AT&T PO Box 8100 Aurora, IL 60507 | | | | | |
| | American Marketing & Publishing POB Dekalb, IL 60115 | | | | | |
| | Answer Service Plus 4314 W Crystal Lake Rd?? Mchenry, IL 60050 | | | | | |
| | ComEd POB 6111 Carol Stream, IL 60197-6111 | | | | | |
| | Groot Industries POB 309 Elk Grove Village, IL 60009 | | | | | |
| | Nicor POB 0632 Aurora, IL 60507-0632 | | | | | |
| | Sheetmetal Worker Local Union #265 POB 519 West Chicago, IL 60186 | | | | | |
| | Sheetmetal Workers National Funds POB 79321 Baltimore, MD 21279 | | | | | |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | US Bank Manifest Funding Services POB 790448 Saint Louis, MO 63179 | | | | | |
| | Village of South Elgin 10 N Water Street South Elgin, IL 60177 | | | | | |
| 000004A | FIFTH THIRD BANK | | | | | |
| 000004B | FIFTH THIRD BANK | | | | | |
| 000006 | ILLINOIS BELL TELEPHONE CO | | | | | |
| 000003 | MID-WAY SUPPLY, INC | | | | | |
| 000007 | RESULTS ONE FINANCIAL, LLC | | | | | |
| 000001A | SASMI TRUST FUND | | | | | |
| 000002A | SHEET METAL WORKERS NATIONAL PENSIO | | | | | |
| 000005 | US BANCORP MANIFEST FUNDING SERVICE | | | | | |
| TOTAL GENERAL UNSECURED CLAIMS | | | $ | $ | $ | $ |

FORM 1

INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT

ASSET CASES

Page:    1

Exhibit 8

Case No:        09-48811    MB   Judge: Manuel Barbosa

Case Name:      PHILLIPS HEATING & COOLING, INC.

For Period Ending:  10/18/11

Trustee Name:                   Roy Safanda

Date Filed (f) or Converted (c):   12/28/09 (f)

341(a) Meeting Date:            01/21/10

Claims Bar Date:                05/28/10

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description<br>(Scheduled and Unscheduled (u) Property) | Petition/<br>Unscheduled<br>Values | Estimated Net Value<br>(Value Determined by Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | Property<br>Abandoned<br>OA=554(a) Abandon<br>DA=554(c) Abandon | Sale/Funds<br>Received by<br>the Estate | Asset Fully Administered (FA)/<br>Gross Value of Remaining Assets |
| 1. Bank Funds | 3,013.89 | 0.00 | DA | 0.00 | FA |
| 2. A/R | 2,997.83 | 0.00 | DA | 0.00 | FA |
| 3. Withdrawal | 6,000.00 | 0.00 | DA | 0.00 | FA |
| 4. Autos | 22,775.00 | 0.00 | | 12,500.00 | FA |
| 5. Customer List | Unknown | 1,000.00 | | 1,000.00 | FA |
| 6. Office Furn. | Unknown | 1,000.00 | | 1,000.00 | FA |
| 7. Inventory | 12,000.00 | 11,000.00 | | 11,000.00 | FA |
| 8. Interest (u) | Unknown | N/A | | 47.14 | Unknown |

Gross Value of Remaining Assets

TOTALS (Excluding Unknown Values)          $46,786.72          $13,000.00                          $25,547.14          $0.00

(Total Dollar Amount in Column 6)

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

Waiting for IRS response to prompt determination request

Initial Projected Date of Final Report (TFR): 06/01/11        Current Projected Date of Final Report (TFR): 06/01/11

LFORM1

Ver: 16.04

**UST Form 101-7-TDR (5/1/2011)** *(Page: 9)*

Page:   1

FORM 2

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit 9

| | | |
|---|---|---|
| Case No: | 09-48811  -MB | |
| Case Name: | PHILLIPS HEATING & COOLING, INC. | |
| Taxpayer ID No: | *******4755 | |
| For Period Ending: | 10/18/11 | |

| | |
|---|---|
| Trustee Name: | Roy Safanda |
| Bank Name: | Old Second National Bank |
| Account Number / CD #: | *******9279  Checking Account |
| Old Account #'s: | 1: *******9279          2: |
| Blanket Bond (per case limit): | $  5,000,000.00 |
| Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | 0.00 |
| 03/29/10 | 5 | P. Nelson | Sale of Customer list | 1129-000 | 1,000.00 | | 1,000.00 |
| 05/10/10 | 4 | P. Nelson | Sale of Assets | 1129-000 | 12,500.00 | | 13,500.00 |
| 07/09/10 | | Old 2nd NB | Transf. to MM | 9999-000 | | 12,000.00 | 1,500.00 |
| 07/20/10 | 001001 | B&R Acct. | Final 1040 | 3410-000 | | 485.00 | 1,015.00 |
| 04/13/11 | | Transfer from Acct #*******9287 | Bank Funds Transfer | 9999-000 | 24,041.72 | | 25,056.72 |
| 04/13/11 | 001002 | The Estate of Phillips Heating & Cooling | Transf. funds to Cap One | 9999-000 | | 25,056.72 | 0.00 |

| | | | |
|---|---|---|---|
| COLUMN TOTALS | | 37,541.72 | 37,541.72 | 0.00 |
| Less:  Bank Transfers/CD's | | 24,041.72 | 37,056.72 | |
| Subtotal | | 13,500.00 | 485.00 | |
| Less:  Payments to Debtors | | | 0.00 | |
| Net | | 13,500.00 | 485.00 | |

Page Subtotals                37,541.72          37,541.72

Ver: 16.04

LFORM24

**UST Form 101-7-TDR (5/1/2011)** *(Page: 10)*

FORM 2

Page: 2

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Exhibit 9

| | | | | | | |
|---|---|---|---|---|---|---|
| Case No: | 09-48811 -MB | | | Trustee Name: | Roy Safanda | |
| Case Name: | PHILLIPS HEATING & COOLING, INC. | | | Bank Name: | Old Second National Bank | |
| | | | | Account Number / CD #: | *******9287  Money Market Account | |
| Taxpayer ID No: | *******4755 | | | Old Account #'s: | 1: *******9287        2: | |
| For Period Ending: | 10/18/11 | | | Blanket Bond (per case limit): | $ 5,000,000.00 | |
| | | | | Separate Bond (if applicable): | | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |

| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
|---|---|---|---|---|---|---|---|
| | | | BALANCE FORWARD | | | | 0.00 |
| 03/29/10 | 6 | P. Nelson | Sale of Ofc. Furn. | 1129-000 | 1,000.00 | | 1,000.00 |
| 03/29/10 | 7 | P. Nelson | Sale of Inventory | 1129-000 | 11,000.00 | | 12,000.00 |
| 03/31/10 | 8 | Old Second National Bank | INTEREST | 1270-000 | 0.19 | | 12,000.19 |
| 04/30/10 | 8 | Old Second National Bank | INTEREST | 1270-000 | 2.11 | | 12,002.30 |
| 05/31/10 | 8 | Old Second National Bank | INTEREST | 1270-000 | 1.90 | | 12,004.20 |
| 06/30/10 | 8 | Old Second National Bank | INTEREST | 1270-000 | 1.98 | | 12,006.18 |
| 07/09/10 | | Old 2nd NB | Transf. from Checking | 9999-000 | 12,000.00 | | 24,006.18 |
| 07/31/10 | 8 | Old Second National Bank | INTEREST | 1270-000 | 3.68 | | 24,009.86 |
| 08/31/10 | 8 | Old Second National Bank | INTEREST | 1270-000 | 3.95 | | 24,013.81 |
| 09/30/10 | 8 | Old Second National Bank | INTEREST | 1270-000 | 3.94 | | 24,017.75 |
| 10/31/10 | 8 | Old Second National Bank | INTEREST | 1270-000 | 4.08 | | 24,021.83 |
| 11/30/10 | 8 | Old Second National Bank | INTEREST | 1270-000 | 3.95 | | 24,025.78 |
| 12/31/10 | 8 | Old Second National Bank | INTEREST | 1270-000 | 4.08 | | 24,029.86 |
| 01/31/11 | 8 | Old Second National Bank | INTEREST | 1270-000 | 4.09 | | 24,033.95 |
| 02/28/11 | 8 | Old Second National Bank | INTEREST | 1270-000 | 3.68 | | 24,037.63 |
| 03/31/11 | 8 | Old Second National Bank | INTEREST | 1270-000 | 4.09 | | 24,041.72 |
| 04/13/11 | | Transfer to Acct #*******9279 | Bank Funds Transfer | 9999-000 | | 24,041.72 | 0.00 |

| | | | |
|---|---|---|---|
| COLUMN TOTALS | 24,041.72 | 24,041.72 | 0.00 |
| Less:  Bank Transfers/CD's | 12,000.00 | 24,041.72 | |
| Subtotal | 12,041.72 | 0.00 | |
| Less:  Payments to Debtors | | 0.00 | |
| Net | 12,041.72 | 0.00 | |

| | | |
|---|---|---|
| Page Subtotals | 24,041.72 | 24,041.72 |

Ver: 16.04

FORM 2

Page:   3

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Exhibit 9

| Case No: | 09-48811  -MB | Trustee Name: | Roy Safanda |
| Case Name: | PHILLIPS HEATING & COOLING, INC. | Bank Name: | Capital One |
| | | Account Number / CD #: | *******7242  Money Market Account |
| Taxpayer ID No: | *******4755 | | |
| For Period Ending: | 10/18/11 | Blanket Bond (per case limit): | $  5,000,000.00 |
| | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | 0.00 |
| | 8 | Capital One | INTEREST REC'D FROM BANK | 1270-000 | 1.21 | | 1.21 |
| 04/13/11 | | The Estate of Phillips Heating & Cooling | Transf. funds to Cap One | 9999-000 | 25,056.72 | | 25,057.93 |
| 05/31/11 | 8 | Capital One | Interest Rate  0.000 | 1270-000 | 2.82 | | 25,060.75 |
| 06/03/11 | 000101 | Fifth Third Bank | Payment on a secured claim | 4210-000 | | 11,000.00 | 14,060.75 |
| 06/30/11 | 8 | Capital One | INTEREST REC'D FROM BANK | 1270-000 | 1.21 | | 14,061.96 |
| 07/07/11 | 8 | Capital One | INTEREST REC'D FROM BANK | 1270-000 | 0.18 | | 14,062.14 |
| 07/07/11 | | Transfer to Acct #*******7250 | Bank Funds Transfer | 9999-000 | | 14,060.93 | 1.21 |

|  | | COLUMN TOTALS | 25,062.14 | 25,060.93 | 1.21 |
|---|---|---|---|---|---|
| | Less:  Bank Transfers/CD's | 25,056.72 | 14,060.93 | |
| | Subtotal | 5.42 | 11,000.00 | |
| | Less:  Payments to Debtors | | 0.00 | |
| | Net | 5.42 | 11,000.00 | |

Page Subtotals          25,062.14          25,060.93

Ver: 16.04

FORM 2

Page: 4

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit 9

| | | |
|---|---|---|
| Case No: | 09-48811  -MB | |
| Case Name: | PHILLIPS HEATING & COOLING, INC. | |

| | |
|---|---|
| Taxpayer ID No: | *******4755 |
| For Period Ending: | 10/18/11 |

| | |
|---|---|
| Trustee Name: | Roy Safanda |
| Bank Name: | Capital One |
| Account Number / CD #: | *******7250  Checking Account |
| | |
| Blanket Bond (per case limit): | $ 5,000,000.00 |
| Separate Bond (if applicable): | |

| | 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| | Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | | BALANCE FORWARD | | | | 0.00 |
| | 07/07/11 | | Transfer from Acct #*******7242 | Bank Funds Transfer | 9999-000 | 14,060.93 | | 14,060.93 |
| | 09/02/11 | 001001 | Roy Safanda, Trustee 111 East Side Drive Geneva, IL 60134 | Trustee Comp and Expenses Trustee Comp - $3,401.00 Trustee Exp - $97.50 | 2100-000 | | 3,401.00 | 10,659.93 |
| | 09/02/11 | 001002 | Roy Safanda Attorney for Trustee 111 East Side Drive Geneva, IL  60134 | Attorney Comp. | 3110-000 | | 1,575.00 | 9,084.93 |
| | 09/02/11 | 001003 | SASMI Trust Fund % Dawn M. Costa, Esquire Jennings Sigmond PC 510 Walnut St., 16th Fl. Philadelphia, PA  19106 | | 5200-000 | | 1,200.48 | 7,884.45 |
| * | 09/02/11 | 001004 | Sheet Metal Workers Natioal Pension Fund % Dawn M. Costa, Esquire Jennings Sigmond PC 510 Walnut St., 16th Floor Philadelphia, PA  19106 | | 5400-003 | | 446.38 | 7,438.07 |
| * | 09/02/11 | 001004 | Sheet Metal Workers Natioal Pension Fund % Dawn M. Costa, Esquire Jennings Sigmond PC 510 Walnut St., 16th Floor Philadelphia, PA  19106 | VOID | 5400-003 | | -446.38 | 7,884.45 |
| | 09/02/11 | 001005 | Sheet Metal Workers National Pension Fund % Dawn M. Costa, Esquire 510 Walnut St., 16th Floor | | 7100-000 | | 19.76 | 7,864.69 |

Page Subtotals    14,060.93    6,196.24

Ver: 16.04

## FORM 2

### ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Exhibit 9

| | |
|---|---|
| Case No: | 09-48811  -MB |
| Case Name: | PHILLIPS HEATING & COOLING, INC. |
| Taxpayer ID No: | *******4755 |
| For Period Ending: | 10/18/11 |

| | |
|---|---|
| Trustee Name: | Roy Safanda |
| Bank Name: | Capital One |
| Account Number / CD #: | *******7250  Checking Account |
| Blanket Bond (per case limit): | $ 5,000,000.00 |
| Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | Philadelphia, PA  19106 | | | | | |
| 09/02/11 | 001006 | SASMI Trust Fund<br>% Dawn M. Costa, Esquire<br>Jennings Sigmond PC<br>510 Walnut St., 16th Fl.<br>Philadelphia, PA  19106 | | 7100-000 | | 55.06 | 7,809.63 |
| 09/02/11 | 001007 | Mid-Way Supply, Inc.<br>2502 Deborah Ave.<br>Zion, IL  60099 | | 7100-000 | | 3,517.51 | 4,292.12 |
| 09/02/11 | 001008 | Fifth Third Bank<br>1830 E. Paris Ave.<br>Grand Rapids, MI  49546 | | 7100-000 | | 2,864.34 | 1,427.78 |
| 09/02/11 | 001009 | US Bankcorp Manifest<br>Funding Services<br>Attn:  Bankruptcy Department<br>1450 Channel Parkway<br>Marshall, MN  56258 | | 7100-000 | | 95.86 | 1,331.92 |
| 09/02/11 | 001010 | Illinois Bell Telephone Co.<br>AT&T Attorney:  James Grudus, Esq.<br>One AT&T Way, Room 3A218<br>Bedminster, NJ  07921 | | 7100-000 | | 16.48 | 1,315.44 |
| 09/02/11 | 001011 | Results One Financial, LLC<br>& Results One Certified Public<br>% Douglas M. Shepley<br>DMS CPA's Ltd.<br>970 N. Oaklawn<br>Elmhurst, IL  60126 | | 7100-000 | | 869.06 | 446.38 |
| 09/02/11 | 001012 | Sheet Metal Workers<br>National Pension Fund<br>% Dawn M. costa, Esquire | | 5200-000 | | 446.38 | 0.00 |

Page Subtotals          0.00          7,864.69

Ver: 16.04

LFORM24

**UST Form 101-7-TDR (5/1/2011)** *(Page: 14)*

Page:   6

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit 9

| | |
|---|---|
| Case No: | 09-48811 -MB |
| Case Name: | PHILLIPS HEATING & COOLING, INC. |
| Taxpayer ID No: | *******4755 |
| For Period Ending: | 10/18/11 |

| | |
|---|---|
| Trustee Name: | Roy Safanda |
| Bank Name: | Capital One |
| Account Number / CD #: | *******7250  Checking Account |
| Blanket Bond (per case limit): | $ 5,000,000.00 |
| Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | Jennings Sigmond PC<br>510 W Walnut St., 16th Floor<br>Philadelphia, PA  19106 | | | | | |

|  |  |  |  |
|---|---|---|---|
| COLUMN TOTALS | 14,060.93 | 14,060.93 | 0.00 |
| Less:  Bank Transfers/CD's | 14,060.93 | 0.00 | |
| Subtotal | 0.00 | 14,060.93 | |
| Less:  Payments to Debtors | | 0.00 | |
| Net | 0.00 | 14,060.93 | |

| TOTAL - ALL ACCOUNTS | NET DEPOSITS | NET DISBURSEMENTS | ACCOUNT BALANCE |
|---|---|---|---|
| Checking Account - *******9279 | 13,500.00 | 485.00 | 0.00 |
| Money Market Account - *******9287 | 12,041.72 | 0.00 | 0.00 |
| Money Market Account - *******7242 | 5.42 | 11,000.00 | 1.21 |
| Checking Account - *******7250 | 0.00 | 14,060.93 | 0.00 |
| | ----------------------- | ----------------------- | ----------------------- |
| | 25,547.14 | 25,545.93 | 1.21 |
| | =========== | =========== | =========== |
| | (Excludes Account Transfers) | (Excludes Payments To Debtors) | Total Funds On Hand |

| | | |
|---|---|---|
| Page Subtotals | 0.00 | 0.00 |

Ver: 16.04